UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 21-14019-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**DONALD REID**,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Shaniek Maynard Following Change of Plea Hearing [ECF No. 20]. On July 26, 2021, Magistrate Judge Maynard held a Change of Plea hearing during which Defendant pled guilty to Count Two of the Indictment [ECF No. 1] pursuant to a written plea agreement [ECF No. 18]. Magistrate Judge Maynard thereafter issued a Report and Recommendation on Change of Plea [ECF No. 20]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 20] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant Donald Reid as to Count Two of the Indictment is **ACCEPTED**;

3. Defendant Donald Reid is adjudicated guilty of Count Two of the Indictment, which charges him with possession with intent to distribute fifty (50) grams or more of

CASE NO. 21-14019-CR-CANNON

(actual) methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 11th day of August 2021.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record